# EXHIBIT A

UNITED STATES OF AMERICA |

      -V-

LUIS ANGEL RAMOS       |

                Case docket no.03-cr-315

                Usm no. 70000-053

                Address: U.S.P. LEE

                    P.O. BOX 305

                    JONESVILLE,VA.

                            24263

TO:

THE CHEIF UNITED STATES DISTRICT JUDGE

THE HONORABLE EDWARD R. KORMAN:


On June 16, 2015 i was released from State prison and started my federal sentence. I am now in B.O.P. custody due to September 30, 2005 imposition of sentence by youre honor.I wrote several times to court house requesting for my sentencing minutes (check docket sheet) i was inform by court house last year to go on pacer.gov (web cite) my relatives went on pacer.gov and minutes was not on pacer.gov. The last several years my appeal attorney has disregarded my request for minutes.My relatives on december,2015 contacted the courts and spoke to ms. Christne Rocco # 718-613-2590 trying to locate sentencing minutes. my relatives was advice that no sentencing minutes was ever made nor requested by anyone and that sentencing cd (disc) was damage (broke) no copies nor could it be transcribed.My relatives called back and spoke to ms.Rocco supervisor and was advised that sentencing disk was sent out to get fix in California and not sure if it can be

fix. ms. Rocco is aware of this situation.

Judge Korman alot of my legal issues rely on that day of sentence. I was granted Pro-Se status a couple of years ago, being in state prison made it difficult to get help on federal law. I am now in federal custody and could do federal legal researh via law library clerks. I have no money nor property and have under $100.00 in my account and if you choose to ser charge me for sentencing disk or minutes of September 30, 2005 or get it under the pro-se. I would appreciate it, I need them you're honor. Could you look into this matter? My freedom depends on this. Thank you.

Sincerely,

Luis Ramos

Luis Angel Ramos

cc file;

LUIS RAMOS

# EXHIBIT B

## Other Orders/Judgments

<u>1:03-cr-00315-ERK USA v. Soto,</u>
<u>et al</u> **CASE CLOSED on**
**05/23/2006**

CLOSED,APPEAL,MJSELECT

### U.S. District Court

### Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 2/22/2016 at 10:51 AM EST and filed on 2/22/2016
**Case Name:**       USA v. Soto, et al
**Case Number:**    <u>1:03-cr-00315-ERK</u>
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER as to Luis Angel Ramos re [165] Letter \*\*\* The application is granted. The Clerk is**
**directed to order deft Ramos' sentencing transcript (regular) at no cost to the deft. c/m.**
**Ordered by Judge Edward R. Korman on 2/22/2016. (Susi, PaulaMarie)**

**1:03-cr-00315-ERK-2 Notice has been electronically mailed to:**

Robert L. Moore     qmlaw2@optonline.net

**1:03-cr-00315-ERK-2 Notice will not be electronically mailed to:**

Christina Barbara Dugger
United States Attorney's Office
One Pierrepont Plaza
Brooklyn, NY 11201

Colleen Elizabeth Kavanagh
United States Attorneys Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201-1820

Daniel L. Meyers
Daniel Meyers, Attorney-at-Law
350 Broadway
Suite 308
New York, NY 10013-3911

# UNITED STATES DISTRICT COURT
### Eastern District of New York
### 225 Cadman Plaza East
### Brooklyn, N.Y. 11201
### 718-613-2470

Chambers of
Edward R. Korman
United States District Judge

February 22, 2016

Luis Angel Ramos, #70000-053
U. S. Penitentiary
P.O. Box 305
Jonesville, VA 24263

re: 03-CR-315

Mr. Ramos:

    Judge Korman is in receipt of your letter requesting your sentencing transcript. Be advised, when your family member (Marilyn Machado) made inquiries, she was advised this past October that the tape had in fact been repaired and the transcript could be ordered by her. She failed to respond. Judge Korman has granted your request for your sentencing transcript. Ms. Machado may contact the ESR clerk at 718-613-2590 to pick up your transcript after March 23, 2016.

Sincerely,

PaulaMarie Susi
Case Manager to
Edward R. Korman, U.S.D.J.

cc: file

# EXHIBIT C

# Luis Ramos
## Reg. # 70000-053
## Metropolitan Detention Center
## P.O. Box 329002
## Brooklyn, N.Y. 11232

October 4, 2005

**TO: The Honorable Edward R. Korman**
   **United States District Judge**
   **Eastern District of New York**
   **225 Camden Plaza**
   **Brooklyn, N.Y. 11201**

**RE:** United States v. Luis Ramos
      Criminal Docket No. 03-315 (S-2) ERK

Dear Chief Judge Korman:

The defendant respectfully submits this letter motion (Pro-Se) due to not having an Attorney; requesting the following:

1) Sentencing Minutes (September 30, 2005)

2) Transcripts from September 13, 2005, September 1, 2005 and August 10, 2005 court appearance (oral arguments).

3) Also the docket sheet(s) from my case.

Thank you for your time and consideration herein.

**Respectfully Submitted,**

X *Luis Ramos*

**Luis Ramos**

LUIS RAMOS
REG.ç 96-A-1439
SING SING CORRECTIONAL FACILITY
354-HUNTER STREET
OSSINING,N.Y. 10562-5442

MARCH,07,2006

TO: THE HONORABLE EDWARD R. KORMAN
UNITED STATES DISTRICT JUDGE
EASTERN DITRICT OF NEW YORK
225-CAMDEN PLAZA
BROOKLYN,N.Y. 11201

RE: UNITED STATES V. LUIS RAMOS
CRIMINAL DOCKET NO.03-315(s-2)ERK
====================================

DEAR CHIEF JUDGE KORMAN,

THE DEFENDANT RESPECTFULLY SUBMITS THIS LETTER MOTION (PRO-SE) DUE TO NOT HAVING AN ATTORNEY;   REQUESTING THE FOLLOWING:

1) DEFENDANT WAS SENTENCE BY YOUR HONOR ON SEPTEMBER-30,2005. MOTION TO BE RELIEVED AS COUNSEL BY DEF/ ATTORNEY WAS MADE ON OCTOBER 17,2005 (SEE EXIBIT-A) ATTACHED.

2) A NOTICE OF APPEAL WAS FILED ON SEPTEMBER 30,2005 (SEE EXIBIT-B). NO ONE HAS BEEN APPOINTED TO REP-RESENT DEFENDANT YET.

3) CODEFENDANT "RODERICK SOTO" WAS SENTENCE AFTER DEFENDANT (DECEMBER,2005)? AND ALREADY HAVE BEEN APPOINTED APPEAL LAWYER.

YOUR HONOR:

I WRITE TO REQUEST, FOR THE REASON OUTLINED ABOVE, IF I CAN RECEIVE ASSISTANCE IN THE MATTER AT HAND ? SOMETHING MUST BE WRONG WITH THE PROCESS OF MY PAPER WORK YOUR HONOR, I SINCERELY HOPE YOU CAN ASSIST DEFENDANT.

THANK YOU FOR YOUR TIME AND
CONSIDERATION HEREIN.

RESPETFULLY SUBMITTED,

CC: L/R.

To: Kim P.Bonstrom
    117 Ram Island Drive
    P.O. Box 129
    Shelter Island, N.Y. 11964


        RE: USA v. Ramos, Docket No.05-6138-cr(L)

Dear Mr. Bonstrom,

        I received the copy of the brief and I loved the
arguments I must addmit that its good and I pray that these
people realize that I do have those issues (witch I do)
and the Eppolito case couldnt come in at a better time.

I explain those issues to Mr.Moore and he did his best at
trial but he was honest with me and told me this was his
first time fighting a case like mine. So he was not familiar
with Rico cases, my codefendent lawyers help alot as well,
but as you read the transcript he try and did his best.
Alot of era's occurred during trial, especially with the
Statue of limitation I new I was right (See A-1 Attach)let-
ter I wrote to Mr. Morre,ask'ing him to look into those
issues. Review it and review A-2 on a responce from Moore
based on the issue which he claims will not avail me.

I am finshing up on some notes and memos that I am putting
together for you to review and most of all I wanted to file
for ineffective assistance of counsel I spoke to Mr. Moore
about it pertaining a letter he allowed in by my codefendent
Attorney. Talk to Mr. Moore about the ineffective assistance
of counsel he's willing to help.

Well Mr. Bonstrom, this will be all for now take care and
thank you for the time and work you put into the brief.
How long is the Appeal procces now?

                Sincerely,

                Luis Ramos 96-A-1439
                Sing Sing C.F.
                 354-Hunter street
                Ossining, N.Y. 10562

CC: L.R.
    7/20/06

To: Kim Bonstrom Esq.
117 Ram Island Drive
Shelter Island, N.Y. 11964

FR: Luis Ramos #96-A-1439
Attica C.F.
Box 149
Attica, N.Y. 14011

Date: 3/6/09

Dear Mr. Bonstrom,

I need the following:

1) The date Cert. was denied

2) Sentencing Minutes

3) Dead line on 2255

Thank you,
Luis Ramos

CC:
File

TO: KIM BONSTROM ESQ.
      117 RAM ISLAND DRIVE
      P.O. BOX 700

      SHELTER ISLAND, NEW YORK 11964

FR: LUIS RAMOS # 96-A-1439
      SHAWANGAUK CORR. FAC
      BOX 700
      WALL KILL, NEW YORK 12589

DATE: JANUARY 26, 2010

               RE: USA v. RAMOS, DOCKET NO. 05-6138-cr-(L)

      DEAR MR. BONSTROM,

 PLEASE BE ADVICE THAT I HAVE BEEN TRANSFER TO THE ABOVE ADDRESS
AND I AM ADVICING YOU THAT I HAVE SUBMITTED A 2255 PETITION AND
I AM AWAITING A RESPONCE FROM THE AUSA. KORMAN GRANTED FOR ME TO
PROCEED. I HAVE BEEN TRYING TO REACH YOU BUT TO NO AVAIL MY LETTE
--S HAVE NOT BEEN ANSWERED THE DOCUMENTS I HAVE BEEN REQUESTING
NEVER RECIEVED THEM. I REALLY NEED THE SENTENCING MINUTES I HAVE
BEEN REQUESTING OVER TWO YEARS? I UNDERSTAND YOU HAVE BEEN BUSY
BUT "TWO YEARS AND SOME CHANGE" I CAN NOT UNDERSTAND. I AM REQUES
TING THEM THIS LAST TIME. I WOULD APPRECIATE IF YOU CAN FORWARD
IT AS SOON AS POSSIBLE. I WILL TRY AND CALL YOU BUT I CAN NOT THI
S FACILITY DOES NOT ALLOW US TO DO THREE WAY CALLING. YOU WILL
HAVE TO CALL THE FACILITY TO ARRANGE A LEGAL CONFRENCE CALL, SO,
I WOULD HOPE YOU CAN ARRANGE IT BECAUSE WE NEED TO TALK IF THERE
SHOULD BE ANY HEARING ON MY 2255. I WILL BE REQUESTING A NEW
ATTORNEY BEING YOU RENGE ON REPRESNTING ME ON THE 2255 AND I
FOUND SOME BRADY ISSUES AND MISREPRESENTATION ON MY ISSUES.


      MR. BONSTROM I HOPE WE WILL BE ABLE TO SPEAK I FELL IT IS
VERY IMPORTANT THAT WE DISCUSS TIS MATTER BEFORE I START THE
HEARINGS. I ALREADY FILLED THE GAPS ON THE MOTIONS I SUBMITTED
TO THE COURTS. FELL FREE TO WRITE OR ARRANGE A CONFRECE CALL
ITS VERY IMPORTANT FOR BOTH OF US AND PLEASE FORWARD THE DOCUM_
ENTS I HAVE BEEN REQUESTING FOR SO LONG.

                        SINCERELY,

                        L. RAMOS

9-13-10

To: Kim P. Bonstrom Esq.
117 Ram Island Drive
P.O. Box 129
Shelter Island, N.Y. 11964

From: Luis Angel Ramos #96A1439
Upstate Correctional Facility
P.O. Box 2000
Malone, N.Y. 12953

Re: Case No. 05-6138-cr

Dear Mr. Bonstrom,

I am writing you this letter is to advice you Once Again I need a copy of my Sentencing minutes I have been requesting since you was involved in my Case.

Mr. Bonstrom, I have been asking for that decision from my Cert, which I never received. In 2009 I had ask you what

Ⅱ

date did my certiorari got heard,
you inform me some time in Dece-
mber (2008). Remember we don't
have Westlaw or shall I say Westlaw
just got approved 3 months ago.

However, I took your word and
submitted my 2255 in November 20,
2009 after you had a change of
heart and inform me to save my
money. To my surprise it got
granted by Edward Korman (Judge)
and after a few extension request-
ed by Government, Judge Korman
gave them until Sept. 17, 2010 to
reply. Today I received the reply
and found some very disturbing
Argument by the Government that
my Application is untimely and
that my Cert was denied on
October 6, 2008. My Petition was
Submitted November 20, 2009 after
all the work I force my self to
do and money wasted to get it
dismissed hurts, here is a copy

Ⅲ

Of the Governments reply. I need
to Know what other motoins
I can bring my arguments and
issue under?

I understand you be busy at
times but honestly how long have
I been asking for my minutes &
Cert decision? And you know call-
ing for me is hard and always
with the 3 ways because its illegal
here but your number does not
accept collect calls and when I
write to no Avail.

Pleuse excuse me I am just tired
and frustrated my Life Sentence offers
absolutely no chance of freedom
and this was my chance to disprove
the governments case, what can
I do now mr. Bonstrom? I would
appreciate the minutes and any advice
you have for me to move on
(even though the Judge have not ruled
I see it base on law its untimely)

I refuse to give up. I can not call, so, please write me.

Take care and hope to hear from you.

Sincerely,

Luis Ramos

File

Mr. Luis Ramos: # 70000-053
Sullivan Correctional Facility
325 Riverside Drive, P.O.B. 116
Fallsburg, New York 12733-0116

Honorable Edward R. Korman
United States District Judge
Eastern District of New York
Brooklyn, New York 11201

RE: <u>United States v. Luis Ramos</u>: Crim. # 03-315 (S-2)(ERK)

Dear Chief Judge Korman:

I respectfully submit this letter, Pro Se, due to my
inability to retain counsel to represent me in this matter.

I would like to request copies of the following documents
in order to review certain aspects of my criminal case under the
above cited docket number.

(1)     Copy of Sentencing Transcripts from **September 30,**
2005.

(2)     Copy of Sentencing Transcripts from **September 13,**
2005; **September 1, 2005, and August 10, 2005** [encompassing Court
appearance and oral arguments)

(3)     Copy of Rule 29 and 33 motions.  ⇒ N/A

✓ (4)     And a copy of the complete docket sheet from my
case.

Thank you for your kind attention, trouble and assistance
in this matter.

dated: August 28th, 2014

Respectfully Submitted:

S/ *Luis Ramos*
Luis Ramos, Pro Se

Mr. Luis Ramos: DIN: 96A1439
Sullivan Correctional Facility
325 Riverside Drive, P.O.B.116
Fallsburg, New York 12733-0116

FILED
IN CLERKS OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 23 2014 ★

BROOKLYN OFFICE

TO: Honorable Edward R. Korman
United States District Judge
Eastern District of New York
223 Cadman Plaza East
Brooklyn, New York 11201

    RE: <u>United States v. Luis Angel Ramos</u>
        Criminal Docket No: 03-315 (S-2)(ERK)

Dear Chief Judge Korman:

    I would appreciate it if you would permit me a few moments of your time to seek the Court's assistance in resolving a problem with my case files.

    when I was subjected to criminal proceedings in your court, the system employed to record these proceedings were CD's.

    As such, certain matters have arisen which compel me to seek access to these CD's. I have tried to obtain copies of them but, have been advised that the technology has become obsolete. As such, they cannot be duplicated.

    I was provided with a dollar amount to "transcribe" these CD's which, as it stands right now, is beyond my financial capabilities.

    I have requested that these CD's be made available to someone in my immediate family so they can have them transcribed and was told that this can't be done because of modern technology. Yet, someone <u>can</u> transcribe them for a "fee."

    If they can be transcribed for a "fee" by someone then, why can't they be provided to me or someone from my family to be transcribed so as to assist me in my endeavors in rasing legitimate issues on my case?

    In essence, the way I am interpreting this is that, my court records are being held hostage unless I can pay the ransom. Is this how Justice is done in the federal courts?

    I would sincerely appreciate it if you can help me in this matter.

    Thank you for your time, trouble and assistance in this matter.

Dated: Thursday-10/16/14

                        Respectfully Submitted:

                        Luis Angel Ramos

P.S.

In addition Your Honor, I wish to apprise you of the fact that, even after I was sentenced in your Court, I was never provided with a copy of my sentencing minutes.

I feel that, this issue should have been resolved upon my request, several years ago, when I asked my trial attorney for copies of these minutes.

It appears that this juncture that, everything is about finances which, as an incarcerated prisoners, I cannot provide.

I am therefore seeking your attention and assistance in this matter also.

Thank you for your time, trouble and assistance.

Respectfully Submitted:

S/ _____

**SULLIVAN CORRECTIONAL FACILITY**
P.O. BOX 116
FALLSBURG, NEW YORK 12733-0116

NAME: Luis Ramos                    DIN: 96A1439

SULLIVAN CORR. FAC.

049JS2025188

$00.490
10·20·2014
Mailed From 12733
US POSTAGE

Honorable Edward R. Korman, Chief Judge
United States District Court
Eastern District of New York
223 Cadman Plaza East
Brooklyn, New York 11201

Legal Mail:

i120i$i604 C0i3

# EXHIBIT D

# UNITED STATES DISTRICT COURT

### FOR THE
## EASTERN DISTRICT OF NEW YORK

**Douglas C. Palmer**
Clerk of Court

**Michele Gapinski**
Chief Deputy

**Carol McMahon**
Chief Deputy



Theodore Roosevelt Federal Courthouse
Emanuel Cellar Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6000

**Date: Oct. 8, 2014**

In Re: Document request
Docket Number: 03-CR-315
To: Luis Ramos

Dear Sir / Madam,

Your letter requesting copies of documents in the above captioned matter was received.

☐ The document you requested copied are _____ pages @ .50¢ per page, for a total of $_____.

☒ Comments:

This letter is in response to your second page inquiries.

There is no DVD of the court proceedings. In 2005, the courthouse used specially programmed CDs to record court proceedings. Because that technology is now obsolete, it is no longer possible to duplicate the original CDs to sell to others. Therefore, you will not be able to obtain a copy of those CDs.

Yours truly,

Douglas C. Palmer
Clerk Of Court

By:   L. Hong
     E.D.N.Y.
     Case Processing Clerk, ESR Dept.
     225 Cadman Plaza East, Bklyn, NY 11201

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF NEW YORK
### PRO SE OFFICE
### U.S. COURTHOUSE
### 225 CADMAN PLAZA EAST
### BROOKLYN, NEW YORK  11201

10/31/2014

Luis Angel Ramos 06A1439

Sullivan County Correctional Facility

325 Riverside Drive P.O. Box 116

Fallsburg, New York 12733-0116

Dear Mr. Ramos,

Your Letter dated October 23, 2014 addressed to the Honorable Judge Edward R. Korman was forwarded to the Pro Se office for a response.

Kindly be advised that your request for transcripts was docketed and a copy is being returned to you because copies of the transcripts you request are in the possession of your former attorney. Contacting him for assistance in this matter would be beneficial in acquiring a copy for your records. However, if you are unable to acquire them from your former counsel, you can order a copy from Public Access To Court Electronic Records (PACER).  Enclosed is a copy of your letter, a Docket Sheet, and contact information to PACER. I hope this information can be of assistance.

Pro Se Office