03-315 ERK

# CERTIFICATE OF SERVICE

-----------------------------

I HEREBY CERTIFY THAT ON MARCH 21, 2017 I AM MAILING THE FOLLOWING LEGAL DOCUMENTS TO: JUDGE EDWARD R. KORMAN UNITED STATES DISTRICT JUDGE EASTERN DISTRICT OF NEW YORK

UNITED STATES COURT HOUSE, 225 CADMAN PLAZA EAST, BROOKLYN, NEW YORK 11201-1818, BY WAY OF UNITED STATES MAIL OR COURIER. THE PETITIONER

DOES HEREBY DECLARE AND SWEAR UNDER THE PAINS AND PENALTY'S OF PERJURY PUSUANT TO TITLE 28 USC 1746 THAT I DID FOWARD THESE DOCUMENTS VIA U.S POSTAL SERVICE.


RESPECTFULLY SUBMITTED,

LUIS ANGEL RAMOS # 70000 - 053

UNITED STATES PENETENTIARY LEE

P.O. BOX 305

JONESVILLE, VA. 24263

*Luis Ramos*

FILED
IN
U.S DISTRICT COURT E.D.N.Y
MAR 27 2017
BROOKLYN OFFICE

C.C.

    FILE:

    A.U.S.A, MS. COLLEEN KAVANAGH

    EASTERN DISRICT OF NEW YORK

    147 PIERREPONT STREET

    BROOKLYN, NEW YORK. 11201

United
P.O. Box 305
Jonesville, VA. 24263
Luis Angel Ramos
#70000-053

To: Hon. Judge Edward R. Korman
United States District Judge
Eastern District of New York
United States Court House
225 Cadman Plaza East
Brooklyn, N.Y. 11201

