# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

225 CADMAN PLAZA EAST

BROOKLYN, NEW YORK 11201

CHAMBERS OF
EDWARD R. KORMAN
UNITED STATES DISTRICT JUDGE

September 23, 2021

Patricia Argentina
22 Park Place
Farmingville, New York 11738

Re: Luis Angel Ramos (3cr315)

Dear Ms. Argentina,

Judge Korman has received your letter of September 17, 2021 with respect to *USA v. Luis Angel Ramos* (3cr315). Your letter requests the early release of Luis Angel Ramos. I write to inform you that only he or his lawyer can file a motion on his behalf. A letter from the defendant to the Court will suffice.

    Sincerely,

    s/Talia Cohen
    Case Manager
    Chambers of the Honorable Edward R. Korman