RECEIVED JAN 28 2022 PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 28 2022 ★
BROOKLYN OFFICE

TO: The Honorable
Chief District Judge
Edward R. Korman:

From: Mr. Luis A. Ramos

Case NO: CR-03-315

Sir,

  I am respectfully writing. In hopes that you will get a better sense of who I am today. What I have been doing the past few yrs. Since I was last before you.

  The last time I was before you The Asst. U.S. Attorneys (Ms. Colleen Kavanagh/Mr. B. Rose) stated that I was unredeemable. That stood with me. I have made a lot of mistakes in my life. I took losing everything for me to wake up. But I disagree w/all respect w/Ms. Kavanagh and Mr. Rose. I was no Angel. I made a lot of mistakes. Looking back, I am lucky to be alive. But by Asst. U.S. Attorneys saying I was unredeemable Stirred Something in me. It made me really look at myself & I was ashamed of what I saw. I saw a man that was a drug addict, but did'nt want to admit it (in open court). To the point of <u>Never</u> mentioning it to no one in my family, nor friends. Not even all the other times I was incarcerated and could have Seeked help in the prison drug programs and psychology dept's that help with drug addiction. I didn't, I did anything and everything to get the drugs. Heroin and coke were my goals.

  <u>Instead of leaving a mark in this world,</u> helping my family, friends and community. I help destroy what I shoud have been building and uplifting. All for the euphoria of the drugs I was ad[dicted]

But after looking at myself, I knew I couldn't keep doing the same thing and expecting different results. I went to the New York State prison system, after you sentence me to life. With Ms. Kavanagh's words echoing in my mind. I took the 1st steps to change and better myself, I joined the drug programs in the prison. I started to talk out loud in groups and be able for the first time to admit my drug habit. Sir, the 1st time I did that I went to my cell feeling like a weight had been taken off my shoulders. Those steps finally made me admit to my wife, children and friends that I am an Addict. I say AM because once you're an addict. You are always an addict. It's just an everyday struggle to want to do better for me and my loved ones. So that is keeping me on the wagon.

But look at my record. I have been doing everything to be a better person. I have been doing this since you sentenced me. For me, my family, friends, community. Now I devote myself to help younger versions of me in here.

I want you to know something Sir, If you look at my Record. I have always pled Guilty when I did something wrong. Even in my last state sentence I pled to 10-to-Life knowing I could have went to trial and received the same life sentence. But I knew I was wrong so I pled out. I have never gone to trial. Except this one time, because I am not a member or associate of this group of men I am accused of committing these crimes with. That was attested to by the gov't's own witness. I have done a lot to be ashamed of. As I stated before I was no Angel, I have picked friends that were really not friends, because a friend is someone

that wants the best for you. I have done things to maintain my addiction. But my friends and addiction, and my poor choices trying to stay high have led me to a road of destruction since I was young. All my fault! Now at age 55 I look back and see how wrong and foolish I was.

Sir, as you know 98% of the members of this group of men that the gov't said were the "Woodbine Crew" are out in the free world. Free. The top man in my indictment Rodderick Soto was just released by you last year. Which has my mind boggling. He was actually charged with the Murder -1959(A). I was not charged with it (1959) He is found guilty of it and he is free and Im here. I went to trial with this individual why is he free and not I? If there was an issue he won in court it should apply to me, because we went to trial together. Sir, I was sentenced as if I was charged with 1959. But I wasn't, nor 1111. yet the person that was charged for 1959 found guilty for it, and sentenced to it is free? Along with 98% of that whole crew. That I was not a member of?

Sir, since you last saw me. I have battled Cancer. So far it looks like I have won. But you know how that disease is. It can come back when you least expect it. I am at boder line diabetes and diagnosed with thyroids, high cholesterol. I have battled Covid-19. I Am 55 years old and take meds for all the above. Including a blood thinner to avoid a heart attack. When I battled the Covid-19 I felt like I nearly died in my cell why? Because if I would have been official- ially diagnosed I would have been placed in

③

the Box/Hole (Special housing unit) which is where they placed all inmates that violate prison Regulations. Without any property. I think this was done to keep inmates from reporting they had Covid. Thus, the prison having low confirmed Covid-19 patients, thus the prison officials looking good. Atleast, in my cell I had Tea, Soup and clothing to stay warm & food. In the Box/Hole I would'nt have had that.

After I was sentenced by you Sir. You returned me back to N.Y. state system to finsh my 10 yrs to life sentence. As you know as I stated before I reflected on myself and joined prison programs to better myself. One of these programs I joined is "Latin's United" (see documents attach to this letter). A Prison Approved organizations that N.Y. state Corr. System has to help its Latin inmates change their ways and Criminal thinking. The goal is to unite them and help them Rehabilitate and become positive members of prison population, their family, community and society. I did so well, that I was given the Executive Director Position See MEMORANDUM from Superintendent (warden) from Sing-Sing. I used my experiences, and my mistakes to reach out to younger prisoners. I saw them as younger versions of me. Something I started to do after you sentenced me. I wanted them to learn from my mistakes and avoid the pain suffering and losing their whole life. Like me. The office to this organization is in the school building in sing-sing Corr. facility, in New York.

(4)

One day while in the office in the school building getting the presentation ready for the next day class. I heard a glass shatter. There was a storm outside, so my co-peer counselor said it was just the storm. I said "No lets check". As I go out the office. I notice the school is empty. I didn't notice the time it was a few minutes passed school building closing I and my fellow inmate continued to where I heard the noise to investigate when I arrived to where I heard the noise. I found a correctional officer (C.O.) on the ground with a bunch of Blood everywhere. I ran to him & searched to see where the blood was coming from. I found the wound in his Arm (Right foreArm). I told my fellow inmate to get help from the #1 officer Mr. Davis upstairs in main Lobby. I then removed my shirt wripped it in shreds and tied a turniquet to his right forearm (I have seen done on TV) I held it in place til Assistance arrived. The officer was to weak to help or call out as he fainted.

    It turned out that the officer went to close a window because of the storm and as it closed it shattered and cut his right forearm and hit a major atery.

    Later I was thanked by all staff, prison officials for saving C.O. Luciano's life. That if not for my actions he would have died that day.

    But I was ostricized by my "Peers" for saving a guard. But Sir, It felt good. It still feels good. I didn't think about how I would become

an outcast in here. I just acted. My first instinct was to help him. I'm glad I did it and I would do it again and again. Be it a guard, an inmate, you, Ms. Kavanagh or anyone. Because I believe I am Redeemable. I do have good in me.

I look back and think God really works in mysterious ways. Because if I had not gone through this case. I would not have been in Sing-Sing to help C.O. Luciano.

Sir, after that I received a few threats, but none acted against me to this day. Thank God. But it has followed me to the Fed. Prison System. You know how other inmates do state time then have to do Fed time. So I am known as the "Guy who helps Corrections Officers". A tittle not good in this environment. But a tittle I am not ashamed of. Why? Because it showed me my first instinct was to help my fellow man.

Since then I have been programing. In the State you will see all the programs I have taken to better my self an help those around me (see documents attach) that also want to be better and change their lives. I found I enjoyed talking to the youth about my experiences. So that they don't make the same mistakes I made. I wish I had someone that would have taken the time to do that with me. Many of the young guys in here listen to me because they know I have lived "That Life" I am warning off. It isn't like when they are told by their parents, who never experienced the streets. Parents know what is good bad for their children. But their children don't listen, because they feel their parents don't know what they are talking about. These kids think they'll be the smarter criminal than the last one

who tried exactly what they are doing and failed. But when it comes from me I notice they listen and ask questions. I believe it is because they know I have experienced it and look where it got me. In prison for life. I help them see that going against societal norms and laws will only lead to 2 places - Prison and grave yard.

    I do an excercise with them. Where I give them a sheet of paper and pencil. I tell them draw a line down the middle of the paper. Then on the left side write the names of all the criminals they know and heard of that were arrested in jail or killed. On the right side put down the names of all the criminals they know that Retired sucessfully and never were arrested, and/or died in their home of old age. That right side is always empty. After that I see the light in their eyes change! I see them trying more.

    Sir, I would like to do that w/ kids before they get in here. I would love there to be a class subject in Elementry schools, Junior high schools, and High schools. Start there and I believe that in 20 years there won't be all these prisons. But it has to be discussed. Right now schools don't discuss crime, drug addiction, etc... In our schools and the consequences of that life. Like it is a Taboo subject. I want to reach them before they ruin their lives. That is what I wish to do. Some of my friends that were incarcerated are already doing that at colleges. I want to do it to. But I want to start early w/ them (See Exhibit "M" Organization giving me the opportunity to do so).

Sir, fast forward to the Fed. system. I have continued to better myself. Taking all the programs I can. Victim Impact Program. That help me see the effects of all those I hurt and off my actions. Vocational programs to learn job skills, Psychology Courses to learn how to stop the criminal thinking. Look at my latest Progress Report (Exhibit G enclosed). See how my case manager speaks about my time in the Fed. System. Also see all the programs I have taken to be a better person.

I had to battle cancer here in the Fed. system. At one point I was told that they had to cut my leg off at the knee, because the cancer was in my left foot, but by God's blessings, I have had the cancer in my foot cut out and my heel was Re-constructed with skin and fat from my waist. It left a nasty scar but a blessing none the less from what could have happened. I do worry about covid with so many inmates not wanting the vaccine not trusting the Gov't and listening to all the negative propaganda on the vaccine on the News. I am vaccinated but still there are many here who are vaccinated and still get it again. With all my underlying conditions the Doctors tell me to wear a mask and rubber gloves because I am in more danger to get it and it being fatal. But that isn't easy to live in here like that.

Sir, my wife, children, siblings and rest of my family have stuck by my side. Even when I know I don't deserve them. My community has rallied around my family to help and support me. I truly am blessed because I know I put them

all/through hell and if by yours and God's grace I do get a chance to be free. I know I have a lot to do to earn the chance they have given me and the unconditional love.

I have been involved with "Cry Beyond the Stones" A Program that is helping spread the word of Good men who have changed their ways, who are incarcerated, and who sent out the message to the youth that this is not the place they want to be in.

I have seen my family suffer, so much, because of the man I use to be. Don't get me wrong! I had nothing to do with the "Woodbine Crew" But I wasn't living right and that opened the door for all this to fall on my lap. So I know ultimately my addiction, choices, and life style led to my current incarceration. But you sir, have the power now. Under the First Step Act. TO give me a chance to prove I am Redeemable. As I have been doing since Ms. Kavanagh said I wasn't. You can give me a chance to put a mark on this world before I depart it. I'm 55 yrs old with all my medical conditions I doubt I'll have another 20 years But I want to walk the talk. Put in practice what I've been doing in here with our youth Before they get in here. I want to be a good grandfather, husband and citizen. I want to uplift my community and not abuse it the way I have in the past. I want to be part of the solution not part of the problem.

The Core Members (98%) of the "Woodbine Crew" are free. I have spent 27 yrs incarcerated.

While this crew was committing the crimes they were accused of, I was incarcerated. Yes, I knew some of those associates of the crew But the Gov't's own witnesses stated I was not a member! You just released my "codefendent" He and I went to trial together but I didn't even know him (I never committed any crime w/ him) He was charged w/ 1959 and found guilty of it. I was never charged w/ 1959. Yet here I am and 98% of the core group is free. Where is the justice in that? My family always ask me "How is Soto been seen in Brooklyn and you are in there?" I don't know how to answer that. Because I don't know.

I ask you to <u>please</u> be patient and read all the Exhibits.

You will see how my family, friends and community still support me, love me and want me there. You will see that I have letters of employment waiting upon my release You will see all the programing and vocational training I have done to better my self and those around me. You will see that I have learned to treat all around me by the golden rule - Treat those as you wish to be treated.

I pray you will see that I am redeemable sir. Please thank Ms. Kavanagh for me. Her words is what made me look into my self and see the ugly person I was portraying. I pray the God Abraham and my God, will help you make this decision.

Respectfully,
Mr. Luis Rimas