Luis Ramos
U.S.P. Lee
P.O. Box 305
Jonesville, VA  24263

January 6, 2022

Honorable Edward R. Korman
Eastern District of New York, U.S.D.C.
225 Cadman Plaza East
Brooklyn, N.Y.  11201

Re: **Additional Exhibits:

   i)  Cop-Out to Warden Streeval with
       his denial of Request for Compassionate Release

  ii)  Original denial for Compassionate Release

 iii)  Character Reference Letters from Inmates

Dear Honorable Judge Korman:

   With this letter, please find enclosed: a copy of the latest cop-out submitted to Warden Streeval, requesting that he file a compassionate release on my behalf (his denial is also wrote on the bottom of the cop-out; there is a one-page attachment to the Cop-Out also); a copy of Warden Streeval's original denial of my request for Compassionate Release; and a few Character Reference Letters from inmates here at USP (copies of).

   Sir, so that the Court may be aware, I submitted a complete copy of my Compassionate Release Motion that is now before you to Warden Streeval (along with my request for Compassionate Release); I wanted to give him a chance to read over my proposed submission and then to act on his own behalf. By the Wardens response/denial, I don't believe he read or considered my motion; eitherway, his denial is an exhaustion of my remedy process and so I now humbly present you with my request for Compassionate Release.

   I pray for your due consideration.

                    Sincerely,

                    Luis Ramos

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                **FEDERAL BUREAU OF PRISONS**

| TO: (NAME AND TITLE OF STAFF MEMBER) | DATE: |
|---|---|
| Warden J.C. Streeval | December 21, 2021 |
| FROM: | REGISTER #: |
| Luis Angel Ramos | #70000-053 |
| WORK ASSIGNMENT: | UNIT: |
| Orderly | F-Unit |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Warden Streeval Sir:   Sir, to be sure, even with statutory
changes changes to the Compassionate Release Statutes, Title 18
Section 3582, and EVEN with Congress' clear intent that all
possible parties should utilize the Compassionate Release statute
--when good cause presents itself--it is a provision rarely
utilized. **Please see Attachment further discussing Mr. Ramos'
'extraordinary and compelling' actions, that of saving
Correctional Officer Luciano's life**

(Do not write below this line)

DISPOSITION:
*Please be advised this has already
been addressed (See attach memo)

Signature of Staff Member:    Date:
Signed for    07/01/21

Record Copy - File; Copy - Inmate
(This form may be replicated via WP) This form replaces BP-148.070 dated OCT 86 and BP-S148.070 dated APR 94

You There has not been any new
Changes to the Compassionate Release
Statutes since July 2021.

# INMATE REQUEST TO STAFF MEMBER

NAME: RAMOS, Luis Angel                    DATE OF REQUEST: 06-25-2021

REGISTER NUMBER: 70000-053                 UNIT: F


This is in response to your request for a Compassionate Release/Reduction in Sentence (RIS) pursuant to Program Statement 5050.50 and 18 USC 3582(c) (I) (A) and/or 4205(g). You request a RIS and indicate you are eligible due to extraordinary or compelling circumstances.

In accordance with Program Statement 5050.50, *Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 USC 3582(c) (1) (A) and 4205(g);* Section 2, Requests Based on Initiation of Request-Extraordinary or Compelling Circumstances. You have been assessed using the factors outlined in Section 2. You are serving an LIFE sentence for Conspiracy Racketeering; Conspiracy to Commit Robbery; and Brandishing a Firearm.

Due to the circumstances of your offense and information you provided, we do not believe your circumstances are extraordinary or compelling. Therefore, your request for a Compassionate Release/RIS is denied. Granting your request would minimize the severity of your offense.

/s/ JMC

J. C. Streeval, Warden

7-1-21

Date

Extraordinary and Compelling--rare and unique--circumstances, validating a Warden's initiation of a Compassionate Release to the District Court, have not been completely defined and have been left to independant evaluation/discretion. A truly extraordinary and compelling reason, one that a Warden would feel confident in utilizing, well, must be of such a 'compelling'nature, that no one would question it; and I pray that you will find the following is one such reason.

Warden, I pray that I may be the first inmate, since the change in the Compassionate Release statute, that you actually decide to seek release for. If you take up my cause, you have a chance to further the Compassionate Release of one of your inmates, for one of the most 'extraordinary and compelling reasons' possible: the saving of a correctional officer's life.

Just a few days ago, I finally received a correspondence from Correctional Officer Luciano, a Memorandum/Affidavit that details the actions I took that fateful day in 2008 to save his life; he affirms that I saved him, as he bled out, from assured death.

Along with that extraordinary reason, I also have detailed in my motion a request to consider my medical conditions--Cancer at the top of the list. Combined, the extraordinary actions of saving Officer Luciano's life and my medical conditions should be considered in a motion for compassionate release--if anyone is to be considered at all.

Warden, I would ask that you read a copy of my drafted Compassionate Release motion and consider, if all I say you find true and factual, filing a motion on my behalf. The court's seemingly expect Wardens accross the land to utilize the statute to file in these rare cases--and I would argue my case can be no rarer.

In filing on my behalf, mostly because of my heroic deed in saving Officer Luciano's life, you would be furthering future inmates to lead more honorable and integral lives, especially in the face of honorable consideration for time off and/or release.

I thank you for your due consideration in this matter.

Steven Falsey
Reg. #56146-018
U.S.P. Lee
P.O. Box 305
Jonesville, VA   24263

Honorable Judge Edward R. Korman
U.S.D.C. Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Dear Judge Korman:

Your Honor, in my limited time spent incarcerated--approximately ten years--I have never felt as compelled as I do now to speak on another inmate's behalf. It is with these strong feelings, concerning Mr. Ramos and his situation, that I respectfully ask that you consider my words.

I have now known Mr. Ramos for, well, at least six years. We have lived in the same unit for that entire time. He is a very respectful and considerate person in the context of the prison community; he carries himself in a way that--the few of us that do stay out of the way and are seeking a more enlightened path--do; he is like minded and like goal orientated, and that is a positive and likable trait.

Unfortunately, Mr. Ramos carries a burden that most of us in here are not weighed down by; it is common knowledge that Mr. Ramos was involved in helping save a correctional officer's life; it is a shame that such an action is deplored and frowned upon throughout prison communities alike, but that is the truth; it is a wonder in this day and age that even as a 'society of prisoners' we have not evolved very far. Suffice it to say, Mr. Ramos has few friends, but I am happy and glad to say that I am one and to speak out for him.

Mr. Ramos has always been very respectful, to all that I have seen him interact with--inmates and staff alike. He has been an orderly for a very long time in our unit and goes out of his way to make sure that our unit is very clean--he has done his part to make sure that Covid-19 doesn't get its grip on those in our unit.

I know Mr. Ramos has an extended family that all care for him very much. And being that he is ostracized from the main of the

prison community, it seems that his family out there, their condition and welfare, are of most concerns to him.

Friend that I am to Mr. Ramos, I do know for a fact that he never anticipated using his 'heroic' deed, in saving that correctional officer's life, to <u>attempt</u> to free himself. And if fact, it wasn't until the First Step Act was passed and the amendments took place to the Compassionate Release protocols, when someone brought it to his attention that he should file.

Your Honor, I could think of no better reason to grant an inmate a Compassionate Release, than for the 'heroic' deed of saving someone's life...especially a correctional officer at that. I am completely confident in saying that if you were to grant Mr. Ramos a chance at freedom, that you would not be disappointed; that he would take that freedom and spend it wisely with his family and friends and being a positive member of the community.

Thank you for your sincere consideration of these words,

Steven Falsey

From: Kevin Lamont Anderson
      #16127-055
      USP Lee
      PO Box 305
      Jonesville, VA   24263

TO: Hon. Judge edward R. Korman
     E.D.N.Y.
     225 Cadman Plaza East
     Brooklyn, NY   11201

**Character Letter for LUIS RAMOS**

Dear Honorable Judge:

I write you as concerns inmate Luis Ramos and his motion for compassionate release. I have worked along side inmate Ramos for a few years now. We both are orderlies in F-Unit. We both clean the showers everyday, making sure that they are sanitized and usuable.

Sir, me and inmate Ramos are similar in many respects. I am a devout Christian and really just stay to myself. That means that I really only associate with a select few people. I really just try to stay out trouble and away from all the negativity. In all respects, inmate Ramos is just the same: he talks to only a few certain people, is devoutly religious, is very respectful and considerate, and helps others whenever the opportunity arises.

Sir, living in a fish bowl as us inmates do, I would just like to say that we all get to see the very best and worst of each other on a daily basis. Over the time that I have known inmate Luis Ramos, I can honestly say that his worst in sometimes better some of these inmates very best. He is happy and joyful and always smiling; he always has kind words to say to those in passing. I don't think I have seen inmate Ramos have a bad day, in totality, only except I can recall when he was diagnosed with cancer; and I must say, even

in the face of a cancer diagnosis, and then the many surgeries that he has been plagued with, inmate Ramos has stood tall and hasn't let such factors weigh him down.

Sir, Luis Ramos is a good man and I totally believe would be an asset to the community at large. I hope that you decided to give him a compassionate release so that he can prove that true.

I pray you have a blessed day.

Sincerely,

Kevin Lamont Anderson

1) LATINOS UNIDOS Organization
Certificate

# Latinos Unidos Organization

Acknowledges your dedication and effort
to uplift your community with
awareness, education, and leadership.

We hereby agree to award:

## Luis Ramos

with this

## Certificate of Appreciation



Ms. T. Lacey

L.U.O. Staff Advisor

(2) Memo On ACCESS to SChool by Superintendent (Warden)

LATINOS UNIDOS ORGANIZATION OFFICE
MY TITLE "EXECUTIVE DIRECTOR" October 13, 2006

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONAL SERVICES
SING SING CORRECTIONAL FACILITY
354 HUNTER STREET
OSSINING, NY 10562-5442
914-941-0108



LUCIEN J. LECLAIRE, JR.
ACTING COMMISSIONER

BRIAN FISCHER
SUPERINTENDENT

## MEMORANDUM

**TO:** Program Sergeant

**FROM:** Brian Fischer, Superintendent

**RE:** *ORGANIZATIONAL ACCESS TO SCHOOL 1ST FLOOR*

**DATE:** October 13, 2006

The following inmates are allowed access to their respective organization's office space on off modules, as noted, to include Saturday AM and PM.

### I.L.C. *All ILC Representatives or Clerks* — Rm. 102A - Sgt. Henley, Staff Advisor

| Name | DIN | Cell | Title | Access |
|---|---|---|---|---|
| SOTO, Anthony | 94-A-6320 | A-M-8 | Chairman | PM/EVE |
| MORALES, Julio | 01-A-6315 | B-T-10 | Sgt.-at-Arms | PM/EVE |
| HARDY, Larry | 03-A-1400 | B-Y-1 | Representative | AM/PM/EVE |
| BARRIOS, Marco | 93-B-1356 | A-O-3 | Representative | AM/PM |
| O'BRIEN, Gerald | 97-A-4221 | HB7-24 | Representative | PM/EVE |
| BRYANT, Lamont | 01-A-4757 | HB5-29 | Representative | AM/PM |
| GLISSON, Eric | 97-A-7088 | B-W-2 | Representative | AM/PM/EVE |
| JONES, Jason | 01-A-4390 | HB5-28 | Clerk | AM/PM/EVE |
| SMITH, Anthony | 02-A-2797 | B-Y-2 | Clerk | AM/PM/EVE |

### NEW MIND JAYCEES — Rm. 102B - C.O. O. Johnson, Staff Advisor

| Name | DIN | Cell | Title | Access |
|---|---|---|---|---|
| BROWN, Reinaldo | 83-A-7734 | HB7-E3 | President | EVE |
| EDWARDS, Thomas | 95-A-1322 | B-Q-6 | Secretary | AM/PM |
| JOHNSON, Larry | 83-A-3859 | A-K-5 | Vice-President | EVE |
| REED, Kevin | 86-T-2065 | A-M-4 | Chairman of Membership | EVE |
| LASTER, Michael | 04-A-1583 | B-U-4 | Sgt.-at-Arms | EVE |

### CARIBBEAN AFRICAN UNITY ORGANIZATION — Rm. 102C - CC T. Riddick, Staff Advisor

| Name | DIN | Cell | Title | Access |
|---|---|---|---|---|
| THOMAS, Horace | 93-A-0532 | HB7-68B | President | EVE |
| ELLIOTT, Leeward | 97-A-6386 | B-Y-5 | Vice-President | AM |
| SHERWOOD, Eric | 98-A-7235 | B-T-6 | Treasurer | PM |

### N.A.A.C.P. — Rm. 102E - CC A. Folson, Staff Advisor

| Name | DIN | Cell | Title | Access |
|---|---|---|---|---|
| GRIFFIN, Patrick | 95-A-0493 | A-P-2 | President | EVE |
| JOSEPH, Rodney | 97-A-4976 | A-K-1 | Secretary | EVE |
| CARTER, Michael | 87-A-4709 | A-N-4 | Sgt.-at-Arms | EVE |
| WHITFIELD, John | 88-A-5197 | A-O-4 | Vice-President | PM |

### LATINOS UNIDOS ORGANIZATION — Rm. 102D - C.O. D. Cajigas, Staff Advisor

| Name | DIN | Cell | Title | Access |
|---|---|---|---|---|
| LANDOR, Alexander | 94-A-6602 | HB5-44 | President | PM |
| RAMOS, Luis | 96-A-1439 | A-P-3 | Executive Director | AM/EVE |
| ODIOT, Demetrious | 95-A-3922 | A-K-46 | Sgt.-at-Arms | AM |
| VELASQUEZ, Jonadrian | 00-A-2303 | A-K-5 | Committees Chairman | EVE |

### UNITED ASIAN AMERICAN ORGANIZATION — 3rd Fl. Ed. Supv. Area - D. Marciano, Staff Advisor

| Name | DIN | Cell | Title | Access |
|---|---|---|---|---|
| CHOI, Jae O | 01-A-0831 | HB5-9 | | AM |
| YU, Raymond | 05-A-5484 | A-O-28 | | EVE |
| WAI, Jin | 98-A-4022 | HB7-30 | | EVE |

### CHRONICLE — Rm. 108 - C.O. K. Lewis, Staff Advisor

| Name | DIN | Cell | Title | Access |
|---|---|---|---|---|
| YOUNG, Todd | 89-A-6469 | HB7-73 | | AM |
| ROSE, Robert | 95-A-4297 | B-T-2 | | PM |
| RAMSES, Tarjaqa O. | 87-A-4194 | B-T-3 | | EVE |
| SANTANA, G. | 97-A-4968 | A-N-5 | | AM/PM/EVE |

### ALTERNATIVES TO VIOLENCE PROGRAM — Rm. 108 - R. Lattarulo, Staff Advisor

| Name | DIN | Cell | Title | Access |
|---|---|---|---|---|
| WILSON, Garrett | 97-A-2926 | B-R-2 | | EVE |

cc:    Executive Team
         School Bldg. Sgt.
         School Bldg. OIC

11/21/2006

3 –
Appreciation for Latinos unidos
Executive board member's Support
And Donations for Higher Education
IN Prison.



# Hudson Link

## FOR HIGHER EDUCATION IN PRISON

P.O. Box 862
Ossining, NY 10562

914-941-0108

Tel: 914-941-0794
www.hudsonlink.org

**BOARD OF DIRECTORS**

President
*Bruce Macleod*
Vice President
*Maxine Yee Baker*
Secretary
*Jeanne Malter Liebmann*

*Christina Carmona*
*Iris Cordero*
*Beverly Davis*
*Helen Dillon*
*Rev. Russell H. Feroe*
*Christian French*
*David Fried*
*Walter LaRaus*
*Denise Lawson*
*Michael Zweig*

**EXECUTIVE DIRECTOR**

*Sean Pica*

**EMERITUS DIRECTORS**

*Anne Reissner*
*Rosemarie Murray*

**ACADEMIC COORDINATOR**

*Arlene Mohammed*

**ADMINISTRATIVE ASSISTANT**

*Gabriela Economico*

**ACADEMIC ADVISORS**

Mercy College
*Shelley Alkin*

Sing Sing Correctional Facility
Latinos Unidos Organization Executive Board
Jon-Adrian Velazquez 00-A-2303
Dario Pena          96-A-4483
Luis Ramos          96-A-1439
Eddie Yampierre     00-A-1261
Ruben Velez         93-A-4878
Charles Garner      96-B-1448
Omar Robertson      99-A-2380

July 25, 2012

Dear Latinos Unidos Organization:

Hudson Link/Mercy College extends its sincere appreciation for the Latinos Unidos Organization's support of the 2012 graduation. Your assistance ensured that the graduation was a huge success for the families and graduates. Moreover, your continued support of Hudson Link/Mercy College over the years has assisted a number of men in attaining higher education and thereby providing them with the tools and opportunities to change their lives. Thank you for working to make a difference in the lives of others, which bodes well for your own success in the future. By supporting Hudson Link For Higher Education in Prison, you are supporting every student, their families, and their communities.

The generosity of your organization is appreciated by the graduates, their families, and Hudson Link/Mercy College. Thank you for your commitment and support.

Sincerely,

*Arlene Mohammed*

Arlene Mohammed

**BELIEVING IN THE TRANSFORMATIVE POWER OF EDUCATION**

4-) 7-2-09   Drug Workshop
Accomplishment

# In the Name of Allah, Most Gracious Most Merciful

## Masjid Ikhwanul Muslimeen

### Attica, New York

*Innovative Therapeutic Program*

*Drug Workshop*

Certificate of Accomplishment

This Certifies that

Louis Ramos # 96A1439

Has successfully participated in the ITP Substance Abuse Program, 8 week cycle designed to enhance the individual's awareness of drug abuse, to develop more adequate coping skills. The sessions have concentrated on identifying individual as well as causal factors of addictive behavior, stressing self-awareness, self-responsibility and accountability in order to develop proper situational behavioral responses.

_____
Date

_____
Deputy Superintendent for Programs

_____
Date

Imam Z. Gasmalla
Staff Supervisor

**5-)** Victim Impact Seminar

AT U.S.P. Lee

Certificate Of Completion
Nov-8-2017

# Certificate of Completion

This certifies that:

**Luis Ramos (70000-053)**

Completed 3 hours of

_Victim Impact Seminar_

at the

United States Penitentiary, Lee, VA



L. Collins, Counselor / D. Willis, Counselor / E. Anderson, Case Manager / B. Pendergraft, Counselor

November 8, 2017

Memo
From Correction Officer Steven Luciano
Dated 11/17/2021

# Corrections and
# Community Supervision

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

## MEMORANDUM

**To:**     Whom it may concern

**FROM:**   Correction Officer Steven Luciano

**SUBJECT:** Formerly Incarcerated Individual Ramos , Louis Din #96A1439

**DATE:**   11/17/2021

    My Name is Correction Officer Steven Luciano. I have been working at Sing Sing Correctional Facility located 354 Hunter Street Ossining, NY 10562 since 2006. I am submitting this letter to recognize the actions of formerly Incarcerated Individual Ramos, Louis Din# 961439 on September 5, 2008 where I suffered a life-threating injury.

    On September 5, 2008, I was assigned to work as Housing Block-B Escort that evening. At approximately 8:30PM, while conducting a final security round, I closed a glass single pane window section, that was in the open position in classroom #107 in the school building. While closing it, my right hand & arm went straight through the glass which I later was informed it punctured an artery. I started to lose a lot of blood and started feeling dizzy and faint. My whole arm started to turn dark blue. I had a personal radio alarm on my person, but I was unable to activate it.

    I exited the classroom and looked down the hallway (the whole floor was cleared due to the announcement of the school run on the go back, mostly all the I/I* had left and gone to their housing units) I shouted for help, and two I/I* came from the stairwell, which one of them was Mr. Ramos, Louis. I told both to get me Correction Officer J. Davis who was the School Officer in Charge which he was one flight up the staircase. Mr. Ramos, Louis stayed with me and provided aid until Correction Officer J. Davis arrived and call in a medical emergency via radio.

    I was the rushed to the facility ER, then transferred to outside hospital via ambulance (Westchester Medical Center) for further medical attention. The doctors at the hospital told me I was lucky to be alive due to all the blood I lost. If I didn't get the assistance from both I/I* that day, I would not be writing this letter. I will be forever grateful, and I thank Mr. Ramos, Louis for the heroic actions that day. Please contact me at the facility if any further information is needed.

***I/I = Incarcerated Individual***

Respectfully Submitted,

Steven Luciano
Correction Officer

**EMPLOYEE ACCIDENT/INJURY REPORT**

(REFER THIS REPORT TO PERSONNEL WITHIN 24 HOURS)
(#1 - 18 to be completed by Employee)

Personnel use Only (check one): ☐ Lost Time ☐ No Lost Time

| 1. Facility | 2. Date of Accident | 3. Time of Accident | 4. Place of Accident |
|---|---|---|---|
| SSCF | 9/5/08 | 8:30 | School Building Bottom Floor |

| 5. Employee Name | 6. Title | 7. Social Security No. | 8. Date of Birth |
|---|---|---|---|
| Luciano S. | CO | | |

| 9. Address | 10. Home Telephone No. | Other Telephone No. |
|---|---|---|

| 11. Employee Work Location | 12. Shift | 13. Pass Days |
|---|---|---|
| | 2p-16pm | 4 |

| 14. Employee remained on duty? ☐ yes ☒ no | 15. Employee required medical attention? ☒ yes ☐ no |
|---|---|

16. Statement of Employee

While closing window, window stuck and hand slipped through window, cutting at forearm and bottom of palm.

Note: Secondary Employment. A preexisting authorization for outside employment will be automatically reviewed for any period of time that an employee is on a Limited Duty assignment or absent from work as a result of an illness or injury (see Directive #2218, "Outside Employment").

| 17. Signature of Employee | 18. Date |
|---|---|
| Unable to sign due to injury | 9-5-08 |

19. Names of Eyewitnesses:

20. Statement of Supervisor: I agree with statement from CO Luciano

| 21. Supervisor's Name | 22. Supervisor's Signature | 23. Date |
|---|---|---|

**FACILITY HEALTH SERVICES REPORT**

24. Medical Findings: Deep cut to arterial blood mid forearm and small bleed at bottom of hand.

25. Treatment Provided: Pressure bandage applied. Sent to WMC for evaluation.

26. Personal Physician of Injured Employee: _____ Phone No. _____

Address: _____

| 27. Date Injury Reported to Medical Unit | Time: |
|---|---|
| 9/5/08 | 8:12 |

Signature _____ Title RN II

Distribution: White - Personnel    Canary - Fire/Safety Officer    Pink - Employee

---

**ACCIDENT/INJURY INVESTIGATION REPORT**

| 1. NAME OF INJURED PERSON | 2. FACILITY | 3. DATE OF ACCIDENT |
|---|---|---|
| S. Luciano | Sing Sing | 9/5/08 |

| 4. ASSIGNMENT/REASON FOR BEING AT FACILITY | 5. TITLE/OCCUPATION | |
|---|---|---|
| Duty | Officer | |

| 6. NAME OF SUPERVISOR | 7. TITLE |
|---|---|
| R. Wood | Sgt. |

8. INJURY
☐ HEAD ☐ HANDS
☐ EYES ☐ LEGS
☐ TRUNK ☐ FEET
☒ ARMS ☐ INTERNAL

REMARKS: Lacerated right forearm

9. TYPE OF INJURY
☐ WOUND ☐ AMPUTATION
☐ STRAIN/SPRAIN ☐ BURN
☐ FRACTURE ☐ FOREIGN BODY
☐ CUT ☐ SKIN

REMARKS:

10. RESULT
☐ DEATH
☐ LOST TIME
☐ MEDICAL ATTENTION ONLY

REMARKS:

| 11. TIME OF ACCIDENT | 12. LOCATION |
|---|---|
| 8:30 ☒ AM ☐ PM | School bldg RM 107 |

13. DESCRIPTION OF ACCIDENT (BY INJURED)

While attempting to close window officer injured arm (See To From Attached)

14. NAMES AND STATEMENTS BY WITNESS

15. CAUSE OF ACCIDENT (MARK ALL CAUSES WHICH CONTRIBUTED TO ACCIDENT)

UNSAFE PROCEDURES
1. ☐ OPERATING WITHOUT AUTHORITY
2. ☐ OPERATING AT UNSAFE SPEED
3. ☐ MAKING SAFETY DEVICES INOPERATIVE
4. ☐ USING UNSAFE EQUIPMENT OR EQUIPMENT UNSAFELY
5. ☐ UNSAFE LOADING, PLACING, MIXING PROCEDURE
6. ☐ TAKING UNSAFE POSITION

7. ☐ WORKING ON MOVING OR DANGEROUS EQUIPMENT
8. ☐ DISTRACTING ACTIVITIES SUCH AS TEASING, HORSEPLAY ETC.
9. ☐ FAILURE TO USE PERSONAL PROTECTIVE DEVICE
10. ☐ FAILURE TO PROPERLY PERFORM DUTIES
11. ☐ GROSS NEGLIGENCE

UNSAFE CONDITIONS
1. ☐ INADEQUATELY GUARDED
2. ☐ UNGUARDED
3. ☐ DEFECTIVE TOOLS, EQUIPMENT OR SUBSTANCE
4. ☒ UNSAFE DESIGN OR CONSTRUCTION

5. ☒ HAZARDOUS ARRANGEMENT
6. ☐ INADEQUATE ILLUMINATION
7. ☐ INADEQUATE VENTILATION
8. ☐ UNSAFE CLOTHING

16. SUPERVISOR'S STATEMENT

CO Attempting to close window window was stuck. CO's hand slipped off and went through the window.

SIGNED Sgt Wood   DATE 9-5-08

17. FIRE/SAFETY OFFICER'S COMMENTS

Window was difficult to close, had no safety handles and was not shatterproof. These deficiencies contributed to officer's injuries.

SIGNED _____   DATE 9/5/08

DISTRIBUTION: White - Personnel (for Employees/Civilians); IRC (for Inmates)
Canary - Fire/Safety Office

## EMPLOYEE ACCIDENT/INJURY REPORT

(#1 - 18 to be completed by Employee)

DELIVER THIS REPORT TO PERSONNEL WITHIN 24 HOURS

Personnel use Only (check one): ☐ Lost Time ☐ No Lost Time

| 1. Facility | 2. Date of Accident | 3. Time of Accident | 4. Place of Accident |
|---|---|---|---|
| SSCF | 9/5/08 | 830 | School building bottom floor |

| 5. Employee Name | 6. Title | 7. Social Security No. | 8. Date of Birth |
|---|---|---|---|
| Luciano S. | CO | | |

9. Address

| 11. Employee Work Location | 12. Shift | 13. Pass Days |
|---|---|---|
| | 2p - 10pm | 4 |

| 14. Employee remained on duty? ☐ yes ☒ no | 15. Employee required medical attention? ☒ yes ☐ no |
|---|---|

16. Statement of Employee

While closing window, window stuck and hand slipped through window, cutting at forearm and bottom of palm.

Note: Secondary Employment. A preexisting authorization for outside employment will be automatically reviewed for any period of time that an employee is on a Limited Duty assignment or absent from work as a result of an illness or injury (see Directive #2218, "Outside Employment").

| 17. Signature of Employee | 18. Date |
|---|---|
| Unable to sign due to injury | 9-5-08 |

19. Names of Eyewitnesses:

20. Statement of Supervisor: I agree with statement from CO Luciano

| 21. Supervisor's Name | 22. Supervisor's Signature | 23. Date |
|---|---|---|
| | | |

### FACILITY HEALTH SERVICES REPORT

24. Medical Findings: Deep cut to arterial blood mid forearm and small bleed at bottom of hand.

25. Treatment Provided: Pressure dressing applied. Sent to WMC for evaluation.

26. Personal Physician of Injured Employee: _____ Phone No. _____

Address: _____

| 27. Date Injury Reported to Medical Unit | Time: |
|---|---|
| 9/5/08 | 8:10 |

| Signature | Title RN II |
|---|---|

Distribution: White - Personnel   Canary - Fire/Safety Officer   Pink - Employee

---

FORM 1699 (REV. 8/93)

## ACCIDENT/INJURY INVESTIGATION REPORT

| 1. NAME OF INJURED PERSON | 2. FACILITY | 3. DATE OF ACCIDENT/INJURY |
|---|---|---|
| S. Luciano | Sing Sing | 9/5/08 |

| 4. ASSIGNMENT/REASON FOR BEING AT FACILITY | 5. TITLE/OCCUPATION |
|---|---|
| Duty | Officer |

| 6. NAME OF SUPERVISOR | 7. TITLE |
|---|---|
| R. Wood | Sgt. |

| 8. INJURY | | 9. TYPE OF INJURY | | 10. RESULT | |
|---|---|---|---|---|---|
| ☐ HEAD | ☐ HANDS | ☐ WOUND | ☐ AMPUTATION | ☐ DEATH | |
| ☐ EYES | ☐ LEGS | ☐ STRAIN/SPRAIN | ☐ BURN | ☐ LOST TIME | |
| ☐ TRUNK | ☐ FEET | ☐ FRACTURE | ☐ FOREIGN BODY | ☒ MEDICAL ATTENTION ONLY | |
| ☒ ARMS | ☐ INTERNAL | ☒ CUT | ☐ SKIN | | |

REMARKS: Lacerated right forearm

| 11. TIME OF ACCIDENT | 12. LOCATION |
|---|---|
| 830 | School bldg RM 107 |

13. DESCRIPTION OF ACCIDENT (BY INJURED)

While attempting to close window officer injured arm (See To From Attached)

14. NAMES AND STATEMENTS BY WITNESSES

15. CAUSE OF ACCIDENT (MARK ALL CAUSES WHICH CONTRIBUTED TO ACCIDENT)

UNSAFE PROCEDURES
1. ☐ OPERATING WITHOUT AUTHORITY
2. ☐ OPERATING AT UNSAFE SPEED
3. ☐ MAKING SAFETY DEVICES INOPERATIVE
4. ☐ USING UNSAFE EQUIPMENT OR EQUIPMENT UNSAFELY
5. ☐ UNSAFE LOADING, PLACING, MIXING PROCEDURE
6. ☐ TAKING UNSAFE POSITION
7. ☐ WORKING ON MOVING OR DANGEROUS EQUIPMENT
8. ☐ DISTRACTING ACTIVITIES SUCH AS TEASING, HORSEPLAY ETC.
9. ☐ FAILURE TO USE PERSONAL PROTECTIVE DEVICE
10. ☐ FAILURE TO PROPERLY PERFORM DUTIES
11. ☐ GROSS NEGLIGENCE

UNSAFE CONDITIONS
1. ☐ INADEQUATELY GUARDED
2. ☐ UNGUARDED
3. ☐ DEFECTIVE TOOLS, EQUIPMENT OR SUBSTANCE
4. ☒ UNSAFE DESIGN OR CONSTRUCTION
5. ☒ HAZARDOUS ARRANGEMENT
6. ☐ INADEQUATE ILLUMINATION
7. ☐ INADEQUATE VENTILATION
8. ☐ UNSAFE CLOTHING

16. SUPERVISOR'S STATEMENT

CO Attempting to close window window was stuck. CO's hand slipped off and went through the window.

SIGNED: Sgt Wood   DATE 9-5-08

17. FIRE/SAFETY OFFICER'S COMMENTS

Window was difficult to close, had no safety handles and was not shatterproof. These difficulties contributed to officer's injuries.

SIGNED: _____   DATE 9/5/08

DISTRIBUTION: White - Personnel (for Employees/Civilians); IRC (for Inmates)
Canary - Fire/Safety Office

— Note —

Compassionate Release Motion
Filed to Clerk Of court via
Certified mail # 7021 1970 0001 2949 4666



CERTIFIED MAIL®

7021 0950 0002 1894 3760

LUIS RAMOS
7000-053
U.S.P. LEE
P.O. BOX 305
Jonesville, VA.
24263





U.S. POSTAGE PAID
FCM LG ENV
JONESVILLE, VA
24263
JAN 20, 22
AMOUNT
$0.00
R2305K138595-22

1000    11201

SWS

To: The Honorable Chief
District Judge
Edward R. Korman
U.S. District Courthouse
EASTERN DISTRICT OF N.Y.
225 Cadman Plaza East
Brooklyn, N.Y. 11201







