Luis Ramos
70000-053
U.S.P. LEE
P.O. Box 305
Jonesville, VA.
24263

CERTIFIED MAIL
7021 0950 0002 1894 3760

U.S. POSTAGE PAID
FCM LG ENV
JONESVILLE, VA
24263
JAN 20, 22
AMOUNT
$0.00
R2305K138595-22

To: The Honorable Chief
District Judge
Edward R. Korman
U.S. District Courthouse
Eastern District of N.Y.
225 Cadman Plaza East
Brooklyn, N.Y. 11201