

TO: The Honorable
Chief District Judge
Edward R. Korman

From: Mr. Luis A. Ramos
Case No: CR-03-315

Sir,

I am respectfully writing this letter. To voice my feelings about the Gov't's response.

I want the court to know that I understand AUSA Lauren Bowman point of view. She is reading about my actions more than 20 years ago. She is reading notes left by her colleague about things I was accused of 2 decades ago. Things that are ugly. I know she is used to seeing time & time again how criminals say they changed & are ready for society just to recidivate. So I can understand if she takes the word of an inmate with a grain of salt.

But Sir, I have really tried & I'm tired of living the same day over & over. It's like the movie "Ground Hog Day" Bill Murray kept waking up the same day every day. That is how I was living. No change. So I knew I had to make a change in my life if I wanted something new, something better. For me & my family & friends.

Sir, my own family didn't believe my changes, & they deal with me everday to this day. 2003 changed my life (This case). I decided to become a productive member of society. My family has come around & believe my changes because

I've shown them with actions not words. So when the AUSA is suspect about my change + being freed. I understand and respect it. But still disagree because she is making a decision off of the paper work her colleague left in the file of my case which is over 2 decades old.

I am not the person I was 30 years ago. I think no one is the same person they are at 53 that they were at 23.

Like I said sir, I made a lot of mistakes in my life but I worked on my self and continue working on my self to be a better person every day. I try to help those around me (especially the youth). I look at the news (which I follow daily) I see what the people of Ukraine are going through + it bring tears seeing so many women + children suffering! for what? Freedom. Something I took for granted living in this country. Personally I wish I could help in anyway possible, its not fair whats happening in Ukraine. I bring that up to acknowledge how I took for granted that I live in a country that is free. A freedom not everyone in the world has.

What I don't understand is how the A.U.S.A. Bowman brings up 3 infractions on me but does not say anything about the amount of programs I have done. The A.U.S.A. let the lead defendant in my indictment go and he did'nt have 10% of the programs I have completed and according to his infractions on record is 100% worse then mine by nearly killing a couple of

2.

Inmates & so forth. What message does that send to Society? That you can commit crimes go to Prison for LIFE then decide you are going to take advantage of the system and say you wish to cooperate. Then you can go back to society & commit all sort of crimes & keep all the procedes from your crime. As long as you turn people in to the F.B.I. and the U.S. Attorneys. That makes it all OK? That is the Deal R. Soto got with the A.U.S.A. and why his release is unique and he didn't put in for Compassionate Release.

The A.U.S.A. compares my Prison Record & Programing & Life Changes and let's out a Person with the institutional record that R. Soto had? Makes no sense to me (See exhibit A)

Again I bring to your Honor's attention. I was not charged with 1959(A) VICAR. So I have no idea how I was sentenced to life. On 18 USC 1962(d) Count that only allows 20 yrs. Max. Unless there is a 18 USC 1959(A) Count with it. But I'm a Lay-man at law. So what do I know? All I know is that Soto was charged with 18 U.S.C. 1962(d) and 18 USC 1959(A) among other Counts. Sir, as you know I was found Guilty of 18 USC 1962(d) & 18 USC 1951(A) and 18 U.S.C. 924(C) Not 18 USC 1959(A) Count.

I would like to know how am I serving a life sentence and R. Soto who had 1959(A) received Life & is free and I myself who has worked so hard to do better, to change

3.

to help others, I am still here.

    Sir, I hope & pray you will grant me this chance to continue to help my family, friends and community & myself. All I've done, I've done long before the 1st Step Act the Programing, helping the guys out in here, my impulsive action to save C.O. Luciano. As well as help these kids out in society through the Outreach program like The Stones will cry out. I really want to stop the Machine-system where most of our youths in my community come to prison. I want to do something constructive to leave a positive mark & foot print when I'm gone. I don't want to be another prison number. I want to be someone who made an impact on his community and those around him. I want my children, grandchildren to be proud of me for changing and doing good.

    My upto date progress Report filed in my compassionate release motion was done by my Case Manager here at Lee U.S.P. Mr. Collins evaluation only show's how I continue to strive for a better tomorrow and reach the unreachable stars.

    Sir, my goals & vision has given me the motivation to want to do bigger things with my life. My progress Report show's that I continued my positive programing & respect and also show that I'm not that same person of 25 yrs ago.

4.

I conclude & pray for the right & just out-come in this plead in granting me this Compassionate Release.

I thank you, for you'r time, attention & patience in this matter.

Sincerely,

Luis Ramos

EXHIBIT (A)

88.052
/05

## INCIDENT REPORT  CD__M

2485108

**U.S. DEPARTMENT OF JUSTICE**      **FEDERAL BUREAU OF PRISONS**

### Part I - Incident Report

| 1. Institution: USP CANAAN ||||
|---|---|---|---|
| 2. Inmate's Name<br>Mendez, Jesus | 3. Register Number<br>38655-054 | 4. Date of Incident<br>08-27-2013 | 5. Time<br>11:50 a.m. |
| 6. Place of Incident<br>E-1 Unit Common Area | 7. Assignment<br>E1 ORD AM | 8. Unit<br>E-1 Unit ||
| 9. Incident<br>201 - Fighting with Another Person || 10. Prohibited Act Code(s)<br>201 ||

11. Description Of Incident (Date: 08-27-2013 Time: 11:50 a.m. Staff became aware of incident)
On August 27, 2013, at approximately 11:50 a.m., I was monitoring inmate movement at the E-1 Unit door which leads to the Compound, when I observed inmate Soto, Roderick, #69978-053, and inmate Mendez, Jesus, #38655-054, fighting in the Common Area of E-1 Unit. I observed both inmates striking each other with closed fists to the face, neck, and torso areas of the body. I called for assistance and gave both inmates orders to cease their actions and lay on the ground. However, they continued to fight and during so I observed inmate Soto produce a sharpened metal weapon and begin swinging it at inmate Mendez while screaming he was going to kill inmate Mendez. As Staff arrived I advised them weapons were involved. I was standing adjacent to Counselor Compton who ordered inmate Soto to give him the weapon, and inmate Soto complied by tossing it to him. I identified the weapon to be a round metal weapon sharpened at one end with a black lanyard attached to the other end. Inmate Mendez and inmate Soto were then restrained by responding Staff without further incident. I commenced locking in the Unit.

| 12. Typed Name/Signature of Reporting Employee<br>B. Celuck / *B. Celuck* | 13. Date And Time<br>08-27-2013/2:30 p.m. ||
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By<br>(Type Name/Signature)<br>T Thomas /t | 15. Date Incident<br>Report Delivered<br>8-28-13 | 16. Time Incident<br>Report Delivered<br>500pm |

### Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident

See attached

| 18. A. It is the finding of the committee that you:<br>___ Committed the Prohibited Act as charged.<br>___ Did not Commit a Prohibited Act.<br>___ Committed Prohibited Act Code(s) _____ | B. **X** The Committee is referring the Charge(s) to the DHO for further Hearing.<br>C. ___ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days. |
|---|---|

19. Committee Decision is Based on Specific Evidence as Follows:

See attached

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

See attached

21. Date And Time Of Action 8-27-13 / 0343 (The UDC Chairman=s signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

*Oliver*
Chairman (Typed Name/Signature)     Member (Typed Name)     Member (Typed Name)

Original - Central File Record; Yellow - DHO; Blue - Inmate After UDC Action;
Pink - Inmate within 24 Hours Of Part I Preparation



Luis Ramos # 70000-053
U.S.P. Lee
P. Box 305
Jonesville, VA 24263

7021 1970 0001 2949 4789

The Honorable Edward R. Korman
E.D.J.of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201